972

No. 846. NATIONAL ASSOCIATION FOR THE ADVANCE-
MENT OF COLORED PEOPLE *v.* ALABAMA EX REL. PATTER-
SON, ATTORNEY GENERAL. Supreme Court of Alabama.
Certiorari granted. *Robert L. Carter, Thurgood Marshall*
and *Arthur D. Shores* for petitioner. *John Patterson,*
Attorney General of Alabama, and *MacDonald Gallion,*
*Edmon L. Rinehart* and *James W. Webb,* Assistant
Attorneys General, for respondent.

No. 897. GREEN ET AL. *v.* UNITED STATES. C. A. 2d
Cir. Certiorari granted. *John J. Abt* for petitioners.
*Solicitor General Rankin, Assistant Attorney General*
*Tompkins* and *Harold D. Koffsky* for the United States.

No. 904. UNITED STATES *v.* DOW. C. A. 5th Cir.
Certiorari granted. *Solicitor General Rankin, Assistant*
*Attorney General Morton* and *Roger P. Marquis* for the
United States. *John C. White* and *Milton K. Eckert*
for respondent.

No. 905. CITY OF CHICAGO *v.* ATCHISON, TOPEKA &
SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari
granted. *John C. Melaniphy* and *Joseph F. Grossman*
for petitioner. *J. D. Feeney, Jr.* and *Amos M. Mathews*
for the Atchison, Topeka & Santa Fe Railway Co. et al.,
and *Albert J. Meserow* for the Railroad Transfer Service,
Inc., respondents.

No. 744, Misc. ALCORTA *v.* TEXAS. Motion for stay
of execution of the death sentence granted. Motion for
leave to proceed *in forma pauperis* and petition for writ
of certiorari to the Court of Criminal Appeals of Texas